

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

July 7, 2023

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Stridiron v. American Broadcasting Companies, Inc.,* 1:23-cv-02287-JLR

Dear Judge Rochon:

We represent Plaintiff Robert Stridiron in the above-captioned case. Pursuant to Section 1.F of the Court's Individual Practices, the parties jointly request an additional 30 day extension of time of the deadline to either dismiss the action or re-open the case. Despite best efforts, the parties were not able to consummate the transaction before the original deadline.

1) Original deadline is July 10, 2023 and new proposed date is August 10, 2023.

2) No previous requests have been made.

3) No previous requests were granted or denied.

4) Defendant American Broadcasting Companies consents to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Request **GRANTED**. The deadline to apply to reopen the case pursuant to ECF No. 14 is hereby extended to **August 10, 2023**.

Dated:  July 10, 2023
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**